# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

ALTON LEE MASTERS and JAMIE BLACKERBY,

    Plaintiffs,

v.

SVIT CO LLC, IVAN SVITYASHCHUK, Individually and d/b/a SVIT CO LLC, and CANIT SAVA a/k/a CANDIT SAVA,

    Defendants.

No. 1:18-cv-00647-BRB-SCY

## ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE

Pursuant to Stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED Plaintiffs' claims are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 22nd day of July, 2019.

BOBBY R. BALDOCK
United States Circuit Judge
Sitting by Designation